THE STATE ex rel. O. C. RAINES v. LOUIS
NOLTE et al.

**In Banc, February 11, 1911.**

Prohibition.

PEREMPTORY WRIT AWARDED.

*Barclay, Fauntleroy & Cullen* for relator.

*Joseph F. Coyle* and *Morrow & Kelley* for respondents.

FERRISS, J.—The question in this case is the same as that presented and decided in State ex rel. St. Louis Dressed Beef & Provision Company v. J. P. Nixon et al., 232 Mo. 496, and will therefore be governed by the ruling in the latter case.

The writ of prohibition will be awarded as prayed.